IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANIEL CORRING**                                                **PETITIONER**

**VERSUS**                         **CIVIL ACTION NO. 1:13-cv-97-HSO-RHW**

**RONALD KING**                                                 **RESPONDENT**

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [10] of Magistrate Judge Robert H. Walker, entered in this civil action on July 17, 2013.  The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [10], the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 19th day of August, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE