# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DANIEL CORRING**                                   **PETITIONER**

**VERSUS**                    **CIVIL ACTION NO. 1:13-cv-97-HSO-RHW**

**RONALD KING**                                        **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the RULES GOVERNING SECTION 2254 CASES FOR THE UNITED STATES DISTRICT COURTS, hereby finds that:

A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.


Date: August 19, 2013                    *s/ Halil Suleyman Ozerden*
                                          HALIL SULEYMAN OZERDEN
                                          UNITED STATES DISTRICT JUDGE